ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| PENNY GRABOYES, | CASE NO. 2:20-cv-00607-JAD-BNW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO SUBSTITUTE ATTORNEYS** |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC, | |
| Defendants. | |

Defendants C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. hereby substitute Greenberg Traurig, LLP as counsel of record in this action in place and stead of Nelson Mullins.

Copies of all future pleadings, orders, notices, records, correspondence should be served upon Eric W. Swanis, Esq. of the law firm of Greenberg Traurig LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135, (702) 792-3773.

/ / /

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 49911169v1

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 29th day of April 2020.

| **C. R. BARD, INC.** | **BARD PERIPHERAL VASCULAR, INC.** |
|---|---|
| Defendant | Defendant |

By: */s/ Greg A. Dadika*        By: */s/ Greg A. Dadika*
  Its: Associate General Counsel, Litigation      Its: Associate General Counsel, Litigation

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 29th day of April 2020.

NELSON MULLINS

By: */s/ Richard B. North, Jr.*
RICHARD B. NORTH, JR. ESQ.
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, Georgia  30363
Telephone:  (404) 322-6155

I am duly admitted to practice in this District.  Above substitution accepted.

DATED this 29th day of April 2020.

GREENBERG TRAURIG, LLP

By: */s/  Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

**Please check one**: ■ Retained, or ☐ Appointed by the Court.

**IT IS SO ORDERED**

**DATED: April 30, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

ACTIVE 49911169v1

# CERTIFICATE OF SERVICE

I hereby certify that on **April 29, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

I hereby certify that I caused to have mailed via United States Postal Service the document to the following non-ECF participants:

David W. Bauman, Esq.
Dalimonte Rueb Stoller LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443- 7529
Email: david.bauman@drlawllp.com
***Attorneys for Plaintiff***

　　　　　　　　　　　　　　　　　　　　　*/s/ Evelyn Escobar-Gaddi*
　　　　　　　　　　　　　　　　　　　　　An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

3

ACTIVE 49911169v1