# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Penny Graboyes,<br><br>         Plaintiff,<br><br>    v.<br><br>C R Bard Incorporated, et al.,<br><br>         Defendants. | Case No. 2:20-cv-00607-RFB-BNW<br><br>**ORDER** |

    This matter is before the Court on plaintiff Penny Graboyes's failure to failure to comply with the Court's April 14, 2020 order.  *See* ECF No. 11.  In the order, the Court noted that this matter originated from a short-form complaint filed in *In re: Bard IVC Filters Prods. Liability Lit.*, Case No. 2:15-md-02641-DGC, a multidistrict litigation proceeding in the United States District Court for the District of Arizona (the "MDL").  Pursuant to the MDL's Amended Case Management Order No. 5 ("Am. CMO No. 5"), Graboyes had 60 days from the date she filed her short-form complaint to submit to defendants a completed Plaintiff Profile Form ("PPF").  Am. CMO No. 5 at 1.  On or around March 31, 2020, this matter was transferred to the District of Nevada pursuant to 28 U.S.C. § 1404(a) and the Second Amended Suggestion of Remand and Transfer Order.  ECF No. 8.

    In its April 14, 2020 order, the Court required Graboyes "to file her completed PPF onto the docket in this matter by 5:00 PM on April 28, 2020."  ECF No. 11.  Graboyes did not do so. Graboyes must comply with the April 14, 2020 order by May 6, 2020, at 5:00 PM.  Failure to comply will result in the issuance of an order to show cause.

    IT IS SO ORDERED.

    DATED: April 30, 2020.

                                                BRENDA WEKSLER<br>                                              UNITED STATES MAGISTRATE JUDGE